UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIANO MORILLO VALERIO et al.,

        Plaintiffs,

v.

EDH DIAZ RESTAURANT, LLC, et al.,

        Defendants.

11 Civ. 7812 (LBS)

**ORDER**

SAND, J.

The parties have submitted a Settlement Agreement for our approval. Because it is a settlement for a claim under the Fair Labor Standards Act, we must evaluate the reasonableness of the settlement, including the reasonableness of the award of the attorneys' fees. Because the parties request the settlement be filed under seal, we must weigh their request against the common law and First Amendment rights to access judicial documents. See generally *Wolinsky v. Scholastic Inc.*, No. 11 Civ. 5917, 2012 WL 2700381 (S.D.N.Y. July 5, 2012), for the relevant legal factors for all of these issues.

Accordingly, the parties have thirty (30) days from the date of this order to submit briefing—jointly, if they so prefer—as to the reasonableness of the settlement, the reasonableness of the attorneys' fees, and why they believe they can overcome the right to access over the Agreement.

SO ORDERED.

Dated: February 26, 2013
       New York, NY

                                          Leonard B. Sand
                                                U.S.D.J.

1